IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR THE
REGISTERED HOLDER OF THE MORGAN STANLEY HOME EQUITY LOAN TRUST
2007-2 MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2007-2
        PLAINTIFF

VS.

CASE NUMBER: 1:10-cv-05296
DISTRICT JUDGE: Harry D. Leinenweber
MAGISTRATE JUDGE: Morton Denlow

ANDREA A. BAUER, PORTFOLIO RECOVERY ASSOCIATES, LLC.
        DEFENDANTS.

## ORDER

THIS CAUSE comes to be heard on Plaintiff's motion for the entry of an Order Approving the Report of Sale and Distribution, confirming the sale of the premises, which are the subject of the matter captioned above and described as:

LOT 405 IN WOODLAND HILLS UNIT FOUR, BEING A SUBDIVISION OF PART OF SECTION 16,TOWNSHIP 40 NORTH, RANGE 9, EAST OF THE THIRD PRINCIPAL MERIDIAN, ACCORDING TO THE PLAT THEREOF RECORDED April 11, 1996 AS DOCUMENT NO. R96-59092, IN THE VILLAGE OP BARTLETT, DUPAGE COUNTY, ILLINOIS

SUBJECT TO THE FOLLOWING IF ANY:
GENERAL REAL ESTATE TAXES NOT DUE OR PAYABLE AT THE TIME OF CLOSING, COVENANTS, CONDITIONS, AND RESTRICTIONS OF RECORD, BUILDING LINES AND EASEMENTS, IF ANY, SO LONG AS THEY DO NOT INTERFERE WITH THE CURRENT USE AND ENJOYMENT OF THE PROPERTY.

Commonly known as 1528 Bridle Lane, Bartlett, IL 60103
Property Index No. 01-16-109-005

Due notice of said motion having been given, the Court having examined said report and being fully advised in the premises, FINDS:

That personal service was had against both Borrower Defendant, Andrea A. Bauer;

That the real property that is the subject matter of the instant proceeding is a single family residence;

That all notices required by 735 ILCS 5/15-1507(c) were given;

That said sale was fairly and properly made;

That Gerald P. Nordgren, hereinafter "Special Commissioner," has in every respect proceeded in accordance with the terms of this Court's Judgment; and

That justice was done.

IT IS THEREFORE ORDERED:

That the sale of the premises involved herein and the Report of Sale and Distribution filed by the Special Commissioner are hereby approved, ratified, and confirmed;

That the proceeds of the sale be distributed in accordance with the Report of Sale and Distribution;

That the Mortgagee's fees and costs arising between the entry of the Judgment of Foreclosure and Sale and the date of sale are approved;

That Plaintiff is granted a deficiency judgment in the amount of $0.00 against Defendants, Andrea A. Bauer ONLY pursuant to 735 ILCS 5/15-1508(e) and 735 ILCS 5/15-1511;

735 ILCS 5/9-117 is not applicable to this order entered pursuant to Article 15 (IMFL).

That upon request by the successful bidder, including any insurers, investors, and agents of Plaintiff and provided that all required payments have been made pursuant to 735 ILCS 5/15-1509, the Special Commissioner shall execute and deliver to the successful bidder a deed sufficient to convey title.

Municipality or County may contact the below with concerns about the real property:

DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR THE REGISTERED HOLDER OF MORGAN STANLEY HOME EQUITY LOAN TRUST 2007-2 MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2007-2
1661 Worthington Road, Ste. 100
West Palm Beach, FL 33409
877-596-8580

IT IS FURTHER ORDERED:

That upon request by the successful bidder, including any insurers, investors, and agents of Plaintiff is entitled to and shall have possession of the premises as of a date 30 days after entry of this Order, without further Order of Court, as provided in 735 ILCS 5/15-1701;

That the Sheriff of Du Page County is directed to evict and dispossess Andrea A. Bauer from the premises commonly known as 1528 Bridle Lane, Bartlett, IL 60103.

The Sheriff cannot evict until 30 days after the entry of this order.

No occupants other than the individuals named in this Order of Possession may be evicted without a Supplemental Order of Possession or an order from the Forcible Entry and Detainer Court.

IT IS FUTHER ORDERED that the Deed to be issued hereunder is a transaction that is exempt from all transfer taxes, either state or local, and the County Recorder of Deeds is ordered to permit immediate recordation of the Deed issued hereunder without affixing any transfer stamps.

A copy of this order shall be sent via regular mail to all defendants within 7 days.

Dated: _____5-27-11_____    Entered: ___Charles R Kongle___
                                                    Judge

James N. Pappas #6291873
Burke Costanza & Carberry LLP
Attorneys for Plaintiff
222 South Riverside Plaza, Ste. 2943
Chicago, Illinois 60606
(219) 769-1313