**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2**
**Eastern Division**

Deutsche Bank National Trust Company, et al.

                                        Plaintiff,

v.                                                      Case No.: 1:10−cv−05296
                                                        Honorable Charles R. Norgle Sr.

Andrea A Bauer, et al.

                                        Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Wednesday, August 17, 2011:

        MINUTE entry before Honorable Charles R. Norgle, Sr: Emergency Motion for a Temporary Restraining Order [29] is denied. Motion hearing held on 8/17/2011. Mailed notice(ewf, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.