Order Form (01/2005)

# United States District Court, Northern District of Illinois



| Name of Assigned Judge or Magistrate Judge | Charles R. Norgle | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 10 C 5296 | **DATE** | 9/23/2011 |
| **CASE TITLE** | Deutsche Bank National Trust Company vs. Andrea A. Bauer, et al. | | |

**DOCKET ENTRY TEXT**

Scott J. Oh's Motion for Leave to Appear Pro Hac Vice [28] is granted.

*Charles Norgle*

Docketing to mail notices.

| | Courtroom Deputy Initials: | EF |
|---|---|---|

10C5296 Deutsche Bank National Trust Company vs. Andrea A. Bauer, et al.

Page 1 of 1